NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

FEB 28 2022

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 21-50059 |
| Plaintiff-Appellee, | D.C. No. 8:19-cr-00167-DOC-5 |
| v. | |
| MICHAEL RIVERA DELGADO, AKA Player, | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Central District of California
David O. Carter, District Judge, Presiding

Submitted February 15, 2022**

Before:    FERNANDEZ, TASHIMA, and FRIEDLAND, Circuit Judges.

Michael Rivera Delgado appeals from the district court's judgment and

challenges the 110-month sentence imposed following his guilty-plea conviction

for engaging in the business of dealing in firearms without a license and aiding and

abetting, in violation of 18 U.S.C. §§ 2(a), 922(a)(1)(A), and being a felon in

---

\*    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

possession of firearms and ammunition, in violation of 18 U.S.C. § 922(g)(1).  We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Delgado contends that the district court erred by treating his prior state conviction for making a criminal threat under California Penal Code § 422 as a crime of violence under U.S.S.G. §§ 2K2.1 and 4B1.2(a).  Delgado's argument is foreclosed by *United States v. Villavicencio-Burruel*, 608 F.3d 556, 563 (9th Cir. 2010).  Contrary to Delgado's assertion, we are bound by *Villavicencio-Burruel*, which remains good law.  *See Miller v. Gammie*, 335 F.3d 889, 900 (9th Cir. 2003) (en banc) (holding that a three-judge panel is bound by circuit precedent unless that precedent is "clearly irreconcilable" with intervening higher authority); *Arellano Hernandez v. Lynch*, 831 F.3d 1127, 1131 (9th Cir. 2016) (rejecting argument that *Villavicencio-Burruel* is no longer valid and stating that the decision "remains the law of this circuit").

**AFFIRMED.**

21-50059